

# KARPF KARPF VIRANT & SWARTZ

ATTORNEYS AT LAW

3070 Bristol Pike
Building 2, Suite 231
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
jswidler@karpf-law.com

May 14, 2010

**SENT VIA ECF**

The Honorable Joel A. Pisano
U.S. District Court, District of New Jersey
Clarkson S. Fischer Federal Bldg. & U.S. Courthouse
402 East State Street, Courtroom 1
Trenton, NJ 08608

> **Re:**   *Bess v. Law Office of Laurence Hecker, et. al.; Bess v. Law Office of Laurence Hecker*
> **Civil Action No.: 08-02184**

Dear Judge Pisano:

Please accept this letter as acknowledgment that Plaintiff's counsel has received and reviewed Your Honor's May 14, 2010 Order.

Thank you.

Respectfully submitted,

**KARPF, KARPF & VIRANT**

*/s/ Justin L. Swidler*

Pennsylvania   •   New Jersey   •   New York