# SPECTOR GADON & ROSEN, P.C.

ATTORNEYS AT LAW
1000 LENOLA ROAD
P.O. BOX 1001
MOORESTOWN, NJ 08057
[856] 778-8100
FAX [856] 722-5344

WWW.LAW.SGR.COM

FLORIDA OFFICE:
360 CENTRAL AVENUE
SUITE 1550
ST. PETERSBURG, FLORIDA 33701
[727] 896-4600
FAX [727] 896-4604

NEW YORK OFFICE:
ONE PENN PLAZA
36TH FLOOR
NEW YORK, NY 10119
[212] 786-7394

PHILADELPHIA OFFICE:
1635 MARKET STREET
7TH FLOOR
PHILADELPHIA, PA 19103
[215] 241-8888
FAX [215] 241-8844

*Jennifer Myers Chalal*

E-MAIL: jmyers@lawsgr.com

DIRECT DIAL: 215-241-8817

*Licensed to Practice in PA and NJ*

May 14, 2010

**VIA ELECTRONIC FILING**
The Honorable Joel A. Pisano
United States District Court for the
District of New Jersey (Trenton)
Clarkson S. Fisher Building and
U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    Re:  Steven Bess v. Law Office of Laurence Hecker and
           APM Financial Services, LLC
           U.S.D.C. NJ No: 3:08-02184 (JAP-DEA)

Dear Judge Pisano:

      Please allow this letter to acknowledge that Defendant's counsel has received and reviewed the May 14, 2010 Order issued by this Court in connection with the above matter.

                                  Respectfully submitted,

                                    Jennifer Myers Chalal

JMC/as
cc:    Justin Swidler, Esquire
        Ari Karpf, Esquire
        Laurence Hecker, Esquire